IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:
RUSSELL HAMBY
KRISTEN HAMBY
20 JOHN RANDLOPH ROAD
FARMVILLE, VA 23901

CHAPTER 13
CASE NO. 10-61773-WA1-13

DEBTOR(S)

## TRANSMITTAL OF UNCLAIMED FUNDS

__X__ Comes now the undersigned trustee as follows:

That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

## TRANSMITTAL OF SMALL DIVIDENDS

_____ Comes now the trustee and reports as follows:

Distributions to creditors in amounts of less than five dollars ($5.00) in a Chapter 7 case and fifteen ($15.00) dollars in a Chapter 13 case, is prohibited by Bankruptcy Rule 3010 unless authorized by the court. No such order has been entered by the court.

The name, address and amounts due each creditor is as follows:

| NAME OF CREDITOR | ADDRESS OF CREDITOR | AMOUNT DUE CREDITOR |
|---|---|---|
| HAMBY, RUSSELL & KRISTEN | 20 JOHN RANDLOPH ROAD FARMVILLE, VA 23901 | $ 172.00 |

TOTAL OF AMOUNTS OF $25.00 OR MORE PER CREDITOR    $ 172.00

TOTAL OF AMOUNTS OF LESS THAN $25.00 PER CREDITOR    $ .00

The trustee's checks payable to the Clerk, U.S. Bankruptcy Court, for the total amount of $ 172.00 are attached hereto with the request that such funds be deposited in the U.S. Treasury.

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each creditor listed above.

Date: October 20, 2011
Signed: _____, Trustee